THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ROGER W. PERRIN, Appellant.

(Argued April 22, 1929; decided May 28, 1929.)

*Godfrey Goldmark* and *George K. Hourwich* for appellant.
*Joab H. Banton, District Attorney* (*Felix C. Benvenga*
and *Thomas B. Dyett* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.